Receipt # 11090351
$552.10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 7-29-10

CASE: Hoyt Trucking Inc

DOCKET #: 02-16621

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

( ) Other  Check would not clear in 90 days

P/c 9 Advocate Busin Cards    $552.10
1020 Laurel Oak Rd
Voorhees, N.J. 08043